SCWC-18-0000097

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

FRED E. HOFER,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000097; CIV. NO. 3DTC-17-013008)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Fred E. Hofer's

application for writ of certiorari is hereby dismissed as

untimely.  See Hawaiʻi Revised Statutes § 602-59(c) (Supp. 2017);

Hawaiʻi Rules of Appellate Procedure Rule 40.1(a) (2017).

DATED:  Honolulu, Hawaiʻi, August 29, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

